THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR13-333JLR |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING UNOPPOSED ) MOTION TO CONTINUE TRIAL AND ) PRETRIAL MOTIONS DEADLINE |
| HUGO ARGUETA-GONZALEZ, | ) |
| Defendant. | ) |

Based on the unopposed motion by the defense to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself


within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS ORDERED that the trial date is continued from August 17, 2020, to January 19, 2021.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHERMORE, IT IS ORDERED that pretrial motions are due no later than December 10, 2020.

DONE this 6th day of July, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/  Mick Woynarowski
Attorney for Hugo Argueta-Gonzalez

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*Hugo Argueta-Gonzalez*; CR13-333JLR)    - 2