THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-333JLR |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO PROCEED WITH |
| | ) | GUILTY PLEA BY VIDEO OR |
| HUGO ARGUETA-GONZALEZ, | ) | TELEPHONIC HEARING |
| | ) | |
| Defendant. | ) | |

THE COURT has considered Hugo Argueta-Gonzalez's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).

THE COURT ORDERS that a guilty plea hearing be scheduled by the criminal-duty Magistrate Judge.

DONE this 24th day of November 2020.

_____
JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

s/ *Mick Woynarowski*
Attorney for Hugo Arguta-Gonzalez

ORDER TO PROCEED WITH GUILTY PLEA BY
VIDEO OR TELEPHONIC HEARING
(*United States v. Argueta-Gonzalez*, CR13-333JLR) - 1